UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
DEPUTY CHIEF PROBATION OFFICER

March 15, 2011

SUPERVISION UNIT
20 WASHINGTON PLACI
6TH FLOOR
NEWARK, NJ 07102-317
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable William H. Walls
P.O. Box 0999
Martin Luther King, Jr. Courthouse
Newark, N.J. 07102

RE: MOORE, ROBERT
DKT# 95-531-01
<u>Request to allow supervision to terminate with outstanding fine balance</u>

Dear Judge Walls,

The above-captioned individual was sentenced by Your Honor on June 18, 1997, to 168 months imprisonment to be followed by three years supervised release for the offense of Conspiracy to Distribute Narcotics. A fine in the amount of $7,500 was imposed, as well as special conditions of drug testing/treatment and financial disclosure. Moore was released from prison on March 19, 2008 and has been under supervision since that time.

Moore's supervision is scheduled to terminate on March 18, 2011, and he still has an outstanding fine balance of $5,869. Moore made fine payments while he was working; however, periods of unemployment during his supervision resulted in nonpayment of the fine. His tax refund for 2010 was seized by the government and applied to the fine.

While on supervision, Moore has been cooperative and compliant with the conditions of supervision. He was arrested by the Jersey City Police Department in August of 2009 for theft, which was subsequently dismissed. Moore has maintained a stable residence and is currently employed. He has been advised that he is responsible for the outstanding fine balance and must continue making payments until the obligation is satisfied.

We request that Moore's supervision be allowed to terminate as scheduled on March 18, 2011. Please review the attached Probation Form 12A and if the Court concurs with our recommendation, sign and return the document to the attention of the undersigned. If Your Honor requests an alternative course of action, please advise. Should Your Honor have any questions, please feel free to contact the undersigned at 973-223-0768.

Respectfully,

Wilfredo Torres, Chief
U.S. Probation Officer

By: Nancy Hildner
Senior U.S. Probation Officer

nh/Attachment(s)
cc: Financial Litigation Unit, District of New Jersey

PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Robert Moore Jr.  Cr.: 95-531-001
                                    PACTS #: 12659

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 06/18/1997

Original Offense: Conspiracy to Distribute Narcotics

Original Sentence: 168 months incarceration; three-year-term of supervised release; $7,500 fine; and special conditions of drug testing/treatment and financial disclosure.

Type of Supervision: Supervised Release          Date Supervision Commenced: 03/19/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Moore's supervised release term is scheduled to expire on March 18, 2011 and he has an outstanding fine balance. |

U.S. Probation Officer Action:

The probation office recommends that the offender's probation term be allowed to expire on March 18, 2011. The probation office requests the Financial Litigation Unit commence collection of the outstanding financial obligation upon expiration of supervision.

Respectfully submitted,
By: Nancy Hildner
Senior U.S. Probation Officer
Date: 03/15/11

*Please respond with action to be taken:*

[✓] Allow supervised release to expire as scheduled
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date